# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD LAVELL ADAMS,<br><br>    Defendant. | Case No. 2:17-cr-00332-JAD-PAL-1<br><br>**ORDER**<br><br>ECF No. 90 |

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, March 12, 2024 at 2:30 p.m., be vacated and continued to April 22, 2024, at 10:00 a.m.

    DATED this 10th day of March, 2024.

                                                 _____
                                                  UNITED STATES DISTRICT JUDGE