UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD LAVELL ADAMS,<br><br>        Defendant. | Case No. 2:17-cr-00332-JAD-PAL-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 22, 2024 at 10:00 a.m., be vacated and continued to July 22, 2024 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

    DATED this 17th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE